IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LONNIE DONELL PERKINS,** | Case No. 2:18-cv-03156 JAM EFB |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **F. HARTWICK, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant's request for a thirty-day extension of time to file a responsive pleading (ECF No. 22) is GRANTED. Defendant shall have until July 16, 2020, to file a responsive pleading.

Dated: June 18, 2020

_____
The Honorable Edmund F. Brennan