IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LONNIE DONELL PERKINS,** | Case No. 2:18-cv-03156 JAM EFB |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **F. HARTWICK, et al. ,** | |
| Defendants. | |

Good cause appearing, Defendant's request for a thirty-day extension of time to file a responsive pleading is GRANTED.  Defendant shall have until August 15, 2020, to file a responsive pleading.

Dated: July 16, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE