UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE DONNELL PERKINS,<br><br>    Plaintiff,<br><br>v.<br><br>F. HARTWICK,<br><br>    Defendant. | Case No. 2:18-cv-03156-JAM-JDP (PC)<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO FOR AN EXTENSION OF TIME AND TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>ECF No. 34 |

Defendant has filed a motion for a second extension of time to file an opposition to plaintiff's motion for summary judgment and to modify the discovery and scheduling order to extend the deadline for filing dispositive motions. ECF No. 34.

Good cause appearing, it is hereby ORDERED that:

1. Defendant's motion, ECF No. 34, is granted in part.

2. Defendant shall file an opposition or statement of non-opposition to plaintiff's motion for summary judgment by no later than June 21, 2021.

3. The August 18, 2020 discovery and scheduling order is modified to extend the deadline for filing dispositive motions to June 21, 2021.

IT IS SO ORDERED.

Dated:  May 4, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE