UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE DONELL PERKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F. HARTWICK,<br><br>　　　　　Defendant. | Case No. 2:18-cv-03156-JAM-JDP (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 44 |

　　　Plaintiff has filed his second motion for an extension of time to file a response to defendant's cross-motion for summary judgment. ECF No. 44. Good cause appearing, the motion is granted in part. No further extensions of time will be granted.

　　　It is hereby ORDERED that:

　　　1. Plaintiff's motion for a ninety-day extension of time, ECF No. 44, is granted in part.

　　　2. Plaintiff is granted sixty days from the date of this order in which to file a response to defendant's cross-motion for summary judgment.

IT IS SO ORDERED.


Dated:　August 9, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE